IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In the Matter of Stix Restaurant
located at 109 Market Place Lane,　　　　Case Number 3:08mj121-LRA
Flowood, Mississippi 39232

## ORDER

Upon motion of the United States Attorney ore tenus, which the Court grants, the Clerk is directed to unseal the *Blackie's* warrant, including any and all affidavits, attachments, and orders in this cause.

SO ORDERED, this the 6th day of March, 2009.

　　　　　　　　　　　　　　　　　　　s/ Linda R. Anderson
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE